1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YEPEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00656 DLJ |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
|  | ) | **HEARING; ORDER** |
| v. | ) |  |
|  | ) |  |
| ELIEZAR YEPEZ-HERNANDEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Tuesday, October 19, 2010 at 10:00 a..m., may be continued to Tuesday, November 2, 2010, at 10:00 a.m.

   The reason for the continuance is that defense counsel will be unavailable on October 19, for medical reasons.

   The parties further agree and stipulate that time should be excluded from and including October 19, 2010 through and including November 2, 2010, for effective defense preparation and continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and

2  defendant in a speedy trial.

3  Dated: 10/14/10                                    _____/s/_____
                                                      NICHOLAS P. HUMY
4                                                     Assistant Federal Public Defender

5  Dated: 10/14/10                                    _____/s/_____
                                                      BRADLEY D. PRICE
6                                                     Special Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00656 DLJ                          2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00656 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING; ORDER** |
| v. ) | |
| ) | |
| ELIEZAR YEPEZ-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties have jointly requested a continuance of the status hearing set for Tuesday, October 19, 2010.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, October 19, 2010, is continued to November 2, 2010 at 10:00 a.m.

IT IS FURTHER ORDERED that 15 days shall be excluded from the period of time in which trial shall commence under the Speedy Trial Act as the reasonable time necessary for continuity of counsel and effective defense preparation, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

Dated: October 15, 2010

_____
D. LOWELL JENSEN
United States District Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00656 DLJ                              3