1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant YEPEZ-HERNANDEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. CR 10-00656 DLJ
                                     )
12            Plaintiff,             )   **STIPULATION TO CONTINUE**
                                     )   **HEARING; ORDER**
13  v.                               )
                                     )
14  ELIEZAR YEPEZ-HERNANDEZ,         )
                                     )
15            Defendant.             )
    _____

16

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing date in the above-captioned matter, presently

19  scheduled for Tuesday, October 19, 2010 at **9:00 a.m.**, may be continued to Tuesday, November

20  2, 2010, at **9:00 a.m.**

21       The reason for the continuance is that defense counsel will be unavailable on October 19,

22  for medical reasons.

23       The parties further agree and stipulate that time should be excluded from and including

24  October 19, 2010 through and including November 2, 2010, for effective defense preparation

25  and continuity of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A)

26  and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00656 DLJ                 1

exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 10/14/10                              _____/s/_____
                                                                   NICHOLAS P. HUMY
                                                                   Assistant Federal Public Defender

Dated: 10/14/10                              _____/s/_____
                                                                   BRADLEY D. PRICE
                                                                   Special Assistant United States Attorney

1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN JOSE DIVISION
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00656 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING;  ORDER** |
| v. | ) | |
| | ) | |
| ELIEZAR YEPEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The parties have jointly requested a continuance of the status hearing set for Tuesday, October 19, 2010.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, October 19, 2010, is continued to November 2, 2010 at **9:00 a.m.**

IT IS FURTHER ORDERED that 15 days shall be excluded from the period of time in which trial shall commence under the Speedy Trial Act as the reasonable time necessary for continuity of counsel and effective defense preparation, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(7)(B)(iv).

Dated: October 15, 2010

_____
D. LOWELL JENSEN
United States District Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 10-00656 DLJ                    3